# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MedWell LLC, a limited liability company<br><br>Plaintiff,<br><br>v.<br><br>CIGNA Corporation; CIGNA Health and Life Insurance Company; CIGNA Healthcare of New Jersey, Inc.; Connecticut General Life Insurance Company; John Does and Jane Does 1-20; and XYZ Corporations and ABC Partnerships 1-20,<br><br>Defendants. | Case No. 2:20-cv-10627-KM-ESK |

## STIPULATION EXTENDING TIME TO ANSWER OR MOVE

It is hereby stipulated and agreed by and between Plaintiff MedWell LLC and Defendants Cigna Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of New Jersey, Inc., and Connecticut General Life Insurance Company (together, "Cigna" or "Defendants"), acting through their duly authorized counsel, that the time for Defendants to answer or otherwise respond to the Plaintiff's complaint, which is currently due on August 24, 2020, be extended. Plaintiff intends to file a motion to remand this case to state court. The parties request that Cigna's deadline to respond to the complaint be extended until 21 days after the Court's ruling on Plaintiff's forthcoming motion to remand, or, in the event Defendants consent to Plaintiff's request to remand this matter, 21 days after this Court orders that the case be remanded.

[Continued on Following Page]

| SARMASTI PLLC | ALSTON & BIRD LLP |
|---|---|
| */s/ Christopher Salloum* | */s/ Steven L. Penaro* |
| Vafa Sarmasti | Steven L. Penaro |
| Christopher Salloum | 90 Park Avenue |
| Fairfield Commons | New York, NY 10016 |
| 271 U.S. Highway 46 West, Suite A205 | Telephone: (212) 210-9400 |
| Fairfield, NJ 07004 | Facsimile: (212) 210-9444 |
| Telephone: 973-882-6666 | steven.penaro@alston.com |
| Facsimile: 973-882-8830 | |
| vafa@sarmastipllc.com | Edward T. Kang (*pro hac vice* motion forthcoming) |
| chris@sarmastipllc.com | 950 F Street, NW |
| *Counsel for Plaintiff* | Washington, D.C. 20004 |
| | Telephone: 202-239-3300 |
| | Facsimile: 202-239-3333 |
| | edward.kang@alston.com |
| | |
| | Kelsey L. Kingsbery (*pro hac vice* motion forthcoming) |
| | 555 Fayetteville Street, Suite 600 |
| | Raleigh, NC 27601 |
| | Telephone: (919) 862-2200 |
| | Facsimile: (919) 862-2260 |
| | kelsey.kingsbery@alston.com |
| | |
| | *Counsel for Defendants* |

_____

SO ORDERED: