Steven L. Penaro
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
steve.penaro@alston.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MedWell LLC, a limited liability company<br><br>Plaintiff,<br><br>v.<br><br>CIGNA Corporation; CIGNA Health and Life Insurance Company; CIGNA Healthcare of New Jersey, Inc.; Connecticut General Life Insurance Company; John Does and Jane Does 1-20; and XYZ Corporations and ABC Partnerships 1-20,<br><br>Defendants. | Case No. 2:20-cv-10627-KM-ESK<br><br>*Document Filed Electronically*<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF EDWARD T. KANG** |

**TO:**   Christopher Salloum
       **SARMASTI PLLC**
       Fairfield Commons
       271 U.S. Highway 46 West, Suite A205
       Fairfield, NJ 07004
       chris@sarmastipllc.com
       *Attorneys for Plaintiff MedWell LLC*

   **PLEASE TAKE NOTICE** that on November 9, 2020 at 9 a.m., or as soon thereafter as

counsel may be heard, pursuant to L. Civ. R. 101(c), the undersigned attorney for Defendants

Cigna Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of New Jersey,

Inc., and Connecticut General Life Insurance Company (together, "Cigna" or "Defendants"), shall move before the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order admitting Edward T. Kang, Esq. to appear *pro hac vic*e in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that is support of said application, the Defendants shall rely on the accompanying declarations of Edward T. Kang, Esq. and Steven L. Penaro, Esq. Oral argument is requested if opposition to this motion is filed.  A proposed form of Order is also attached hereto.

## LOCAL CIVIL RULE 7.1 STATEMENT

The undersigned hereby certifies that, to the best of his knowledge, no brief or memorandum of law is necessary in support of the within motion as the issues raised thereby involve no complicated issues of law.

Dated: October 2, 2020

/s/ Steven L. Penaro
STEVEN L. PENARO
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
steven.penaro@alston.com

*Counsel for Defendants*