Steven L. Penaro
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
steve.penaro@alston.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MedWell LLC, a limited liability company <br><br> Plaintiff, <br><br> v. <br><br> CIGNA Corporation; CIGNA Health and Life Insurance Company; CIGNA Healthcare of New Jersey, Inc.; Connecticut General Life Insurance Company; John Does and Jane Does 1-20; and XYZ Corporations and ABC Partnerships 1-20, <br><br> Defendants. | Case No. 2:20-cv-10627-KM-ESK <br><br> *Document Filed Electronically* <br><br> **DECLARATION OF EDWARD T. KANG, ESQ. IN SUPPORT OF APPLICATION TO APPEAR** *PRO HAC VICE* |

I, EDWARD T. KANG, file this application to appear *pro hac vice* before the United States District Court, District of New Jersey.

1. My full name is Edward Tae Joon Kang.

2. I am an attorney and partner with the law firm of Alston & Bird LLP.

3. My office address, telephone number, fax number and e-mail address are as follows:

    950 F Street, NW
    Washington, D.C. 20004
    Telephone: 202-239-3300
    Facsimile: 202-239-3333

edward.kang@alston.com

4. I have been retained as a member of the above-mentioned firm by Defendants Cigna Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of New Jersey, Inc., and Connecticut General Life Insurance Company (together, "Cigna" or "Defendants"), to provide legal representation in this case.

5. I am a member in good standing of the following courts and have never been disbarred or suspended and no disciplinary proceeding is currently pending against me:

   a. State Bar of New York – *Admitted 2002*
      1 Elk Street
      Albany, NY 12207

   b. The District of Columbia Bar – *Admitted 2016*
      901 4th Street, NW
      Washington, D.C. 20001

   c. U.S. Court of Appeals – 2nd Circuit – *Admitted 2019*
      Clerk's Office
      40 Foley Square
      New York, NY 10007

   d. U.S. Court of Appeals – 4th Circuit – *Admitted 2015*
      Clerk's Office
      1000 East Main Street,
      Richmond, VA 23219

   e. U.S. Court of Appeals – 6th Circuit – *Admitted 2002*
      Clerk's Office
      100 East Fifth Street
      Cincinnati, OH 45202

   f. U.S. Court of Appeals – 9th Circuit – *Admitted 2018*
      Clerk's Office
      95 Seventh Street
      San Francisco, CA 94103

   g. U.S. Court of Appeals – 11th Circuit – *Admitted 2016*
      Clerk of Court
      56 Forsyth St NW
      Atlanta, GA 30303

    h. District of Columbia Court of Appeals – *Admitted 2013*
       Clerk of Court
       430 E St NW
       Washington, D.C. 20001

    i. United States Supreme Court – *Admitted 2006*
       Clerk of Court
       1 First Street, NE
       Washington, D.C. 20543

    j. United States District Court – District of Colorado – *Admitted 2016*
       Clerk of Court
       901 19th Street
       Denver, CO 80294

    k. United States District Court – District of Columbia – *Admitted 2016*
       Clerk of Court
       333 Constitution Avenue N.W.
       Washington D.C. 20001

    l. United States District Court – District of Connecticut – *Admitted 2005*
       Clerk of Court
       141 Church Street
       New Haven, CT 06510

6. I have not been the subject of a grievance proceeding or an involuntary removal proceeding while a member of the bar of any state or federal court.

7. I designate Steven L. Penaro, Esq., of Alston & Bird LLP as counsel of record to assist me in this case. Mr. Penaro's office address, e-mail address, telephone number and fax number are as follows: 90 Park Avenue, New York, NY 10016; Telephone: (212) 210-9400; Fax: (212) 210-9444; Email: steve.penaro@alston.com.

8. I shall abide by all Court rules, including local and disciplinary rules, in my representation of Cigna.

9. I agree to pay the Clerk's fee and the appropriate fees for the client fund and agree to abide by L. Civ. R. 101.1(c).

3

Dated: September 30, 2020

                                                  Edward T. Kang, Esq.