## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Christopher Salloum
**SARMASTI PLLC**
Fairfield Commons
271 U.S. Highway 46 West, Suite A205
Fairfield, NJ 07004
chris@sarmastipllc.com

*Attorney for Plaintiff MedWell LLC*

*/s/ Steven L. Penaro*
Steven L. Penaro, Esq.

*Attorneys for Defendants*