Steven L. Penaro
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
steve.penaro@alston.com

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MedWell LLC, a limited liability company | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:20-cv-10627-KM-ESK |
| CIGNA Corporation; CIGNA Health and Life Insurance Company; CIGNA Healthcare of New Jersey, Inc.; Connecticut General Life Insurance Company; John Does and Jane Does 1-20; and XYZ Corporations and ABC Partnerships 1-20, | ) ) ) ) ) ) ) ) ) ) | *Document Filed Electronically*<br><br>**DECLARATION OF KELSEY L. KINGSBERY, ESQ. IN SUPPORT OF APPLICATION TO APPEAR** *PRO HAC VICE* |
| Defendants. | ) | |

I, KELSEY L. KINGSBERY, file this application to appear *pro hac vice* before the United States District Court, District of New Jersey.

1. My full name is Kelsey Louise Kingsbery.

2. I am an attorney with the law firm of Alston & Bird LLP.

3. My office address, telephone number, fax number and e-mail address are as follows:

    555 Fayetteville Street, Suite 600
    Raleigh, NC 27601
    Telephone: 919-862-2227
    Facsimile: 919-862-2260

kelsey.kingsbery@alston.com

4. I have been retained as a member of the above-mentioned firm by Defendants Cigna Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of New Jersey, Inc., and Connecticut General Life Insurance Company (together, "Cigna" or "Defendants"), to provide legal representation in this case.

5. I am a member in good standing of the following courts and have never been disbarred or suspended and no disciplinary proceeding is currently pending against me:

   a. State Bar of North Carolina – *Admitted 2017*
      217 East Edenton Street
      Raleigh, NC 27601

   b. State Bar of Illinois – *Admitted 2013*
      424 S. Second Street
      Springfield, IL 62701

   c. North Carolina Court of Appeals – *Admitted 2017*
      1 West Morgan Street
      Raleigh, NC 27601

   d. North Carolina Supreme Court – *Admitted 2017*
      2 East Morgan Street
      Raleigh, NC 27601

   e. United States District Court – Eastern District of North Carolina – *Admitted 2017*
      Clerk of Court
      310 New Bern Avenue
      Raleigh, NC 27601

   f. United States District Court – Middle District of North Carolina – *Admitted 2017*
      Clerk of Court
      324 West Market Street, Suite 247
      Greensboro, NC 27401

   g. United States District Court – Western District of North Carolina – *Admitted 2019*
      Clerk of Court
      401 West Trade Street, Room 210
      Charlotte, NC 28202

   h. United States District Court – Eastern District of Michigan – *Admitted 2016*
      Clerk of Court

       231 West Lafayette Boulevard
       Detroit, MI 48226

   i. Ninth Circuit Court of Appeals – *Admitted 2016*
      Clerk's Office
      95 Seventh Street
      San Francisco, CA 94103

   j. United States District Court – Northern District of Illinois – *Admitted 2014*
      Clerk of Court
      219 South Dearborn Street, Suite 2050
      Chicago, IL 60604

6. I have not been the subject of a grievance proceeding or an involuntary removal proceeding while a member of the bar of any state or federal court.

7. I designate Steven L. Penaro, Esq., of Alston & Bird LLP as counsel of record to assist me in this case. Mr. Penaro's office address, e-mail address, telephone number and fax number are as follows: 90 Park Avenue, New York, NY 10016; Telephone: (212) 210-9400; Fax: (212) 210-9444; Email: steve.penaro@alston.com.

8. I shall abide by all Court rules, including local and disciplinary rules, in my representation of Cigna.

9. I agree to pay the Clerk's fee and the appropriate fees for the client fund and agree to abide by L. Civ. R. 101.1(c).

Dated: September 28, 2020

                                          */s/ Kelsey King*
                                          Kelsey L. Kingsbery, Esq.