Steven L. Penaro
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
steve.penaro@alston.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MedWell LLC, a limited liability company ) | ) |
| Plaintiff, ) | ) |
| v. ) | Case No. 2:20-cv-10627-KM-ESK |
| CIGNA Corporation; CIGNA Health and Life Insurance Company; CIGNA Healthcare of New Jersey, Inc.; Connecticut General Life Insurance Company; John Does and Jane Does 1-20; and XYZ Corporations and ABC Partnerships 1-20, ) | *Document Filed Electronically* **[PROPOSED] ORDER ADMITTING KELSEY L. KINGSBERY, ESQ.** *PRO HAC VICE* |
| Defendants. ) | ) |

This matter having been opened to the Court by Alston & Bird LLP, attorneys for Defendants Cigna Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of New Jersey, Inc., and Connecticut General Life Insurance Company (together, "Cigna" or "Defendants"), for an order permitting Kelsey L. Kingsbery, Esq., to appear in this action *pro hac vice*; and Plaintiff MedWell LLC having consented to his admission; and the Court having reviewed the Declaration of Kelsey L. Kingsbery, Esq., as well as the Declaration of Steven L. Penaro, Esq., in support of this application; and for good cause shown,

IT IS on this _____day of _____2020,

**ORDERED** that Kelsey L. Kingsbery, Esq., is hereby admitted *pro hac vice* in the above-captioned matter;

**IT IS FURTHER ORDERED** that Kelsey L. Kingsbery, Esq. shall:

1. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in L. Civ. R. 101.1, et seq.;

2. Notify the Court immediately of any matters affecting his standing at the Bar of any other Court;

3. Have all pleadings, briefs, and other papers filed with the Court signed by the law firm of Alston & Bird, LLP, which shall be held responsible for those pleadings, briefs and other papers, and for the conduct of this case and of the attorneys admitted herein; and

**IT IS FURTHER ORDERED** that Kelsey L. Kingsbery, Esq. shall:

1. Make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which he represents a client in a matter pending before this Court; and

2. Make payment as provided by L. Civ. R. 101.1(c).

_____
**The Hon. Edward S. Kiel**
*United States Magistrate Judge*