Steven L. Penaro
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
steve.penaro@alston.com

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MedWell LLC, a limited liability company<br><br>Plaintiff,<br><br>v.<br><br>CIGNA Corporation; CIGNA Health and Life Insurance Company; CIGNA Healthcare of New Jersey, Inc.; Connecticut General Life Insurance Company; John Does and Jane Does 1-20; and XYZ Corporations and ABC Partnerships 1-20,<br><br>Defendants. | Case No. 2:20-cv-10627-KM-ESK<br><br>*Document Filed Electronically* |

### SECOND DECLARATION OF STEVEN L. PENARO

1.	My name is Steven L Penaro. I am over eighteen (18) years of age, under no legal disability, and competent in all ways to give this declaration. I have the personal knowledge required to execute this declaration and can confirm the accuracy of the information set forth herein. If sworn as a witness, I could competently testify to the facts contained herein.

2.	I am an attorney with the law firm of Alston & Bird LLP. I represent Defendants Cigna Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of New Jersey, Inc., and Connecticut General Life Insurance Company (collectively, "Cigna") in the above-captioned action.

1

3. I submit this declaration in support of Cigna's Surreply in Opposition to Plaintiff's Motion to Remand.

4. Attached hereto as Exhibit A is a true and accurate copy of select pages of the Venus Laboratories, Inc. Open Access Plus Medical Benefits Summary Plan Description dated January 1, 2018, that I obtained from Cigna. Exhibit A is being FILED UNDER SEAL.

5. Attached hereto as Exhibit B is a true and accurate copy of select pages of the Harris Corporation Comprehensive Medical Benefits Summary Plan Description dated January 1, 2017, that I obtained from Cigna. Exhibit B is being FILED UNDER SEAL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2020.

/s/ Steven L. Penaro
Steven L. Penaro