# EXHIBIT A
# TO SECOND DECLARATION OF STEVEN L. PENARO
# IS BEING
# FILED UNDER SEAL