UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MedWell LLC, a limited liability company<br><br>　　　　Plaintiff,<br><br>v.<br><br>CIGNA Corporation; CIGNA Health and Life Insurance Company; CIGNA Healthcare of New Jersey, Inc.; Connecticut General Life Insurance Company; John Does and Jane Does 1-20; and XYZ Corporations and ABC Partnerships 1-20,<br><br>　　　　Defendants. | Case No. 2:20-cv-10627-KM-ESK |

**STIPULATION EXTENDING TIME TO ANSWER OR MOVE**

It is hereby stipulated and agreed by and between Plaintiff MedWell LLC and Defendants Cigna Corporation, Cigna Health and Life Insurance Company, Cigna Healthcare of New Jersey, Inc., and Connecticut General Life Insurance Company (together, "Cigna" or "Defendants"), acting through their duly authorized counsel, that (1) Plaintiff shall file an amended complaint on or before January 8, 2021 and (2) Defendants shall answer or otherwise respond to the Plaintiff's amended complaint within twenty-one days of the filing of the amended complaint.  For the avoidance of doubt, Defendants will not respond to the complaint filed on July 3, 2020, and Plaintiff is not waiving the right or opportunity to later seek remand of this matter to state court.

[Continued on Following Page]

| **SARMASTI PLLC** | **ALSTON & BIRD LLP** |
|---|---|
| */s/ Vafa Sarmasti* | */s/ Steven L. Penaro* |
| Vafa Sarmasti | Steven L. Penaro |
| Christopher Salloum | 90 Park Avenue |
| Fairfield Commons | New York, NY 10016 |
| 271 U.S. Highway 46 West, Suite A205 | Telephone: (212) 210-9400 |
| Fairfield, NJ 07004 | Facsimile: (212) 210-9444 |
| Telephone: 973-882-6666 | steven.penaro@alston.com |
| Facsimile: 973-882-8830 | |
| vafa@sarmastipllc.com | Edward T. Kang (admitted *pro hac vice*) |
| chris@sarmastipllc.com | 950 F Street, NW |
| *Counsel for Plaintiff* | Washington, D.C. 20004 |
| | Telephone: 202-239-3300 |
| | Facsimile: 202-239-3333 |
| | edward.kang@alston.com |
| | |
| | Kelsey L. Kingsbery (admitted *pro hac vice*) |
| | 555 Fayetteville Street, Suite 600 |
| | Raleigh, NC 27601 |
| | Telephone: (919) 862-2200 |
| | Facsimile: (919) 862-2260 |
| | kelsey.kingsbery@alston.com |
| | |
| | *Counsel for Defendants* |

_____
SO ORDERED: