**Vafa Sarmasti (008942004)**
**Christopher G. Salloum (047842013)**
**SARMASTI PLLC**
**271 U.S. Highway 46 West**
**Suite A205**
**Fairfield, New Jersey 07004**
**Telephone: (973) 882-6666**
**Facsimile: (973) 882-8830**
**Attorneys for Plaintiff**
  **MedWell, LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDWELL, LLC<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION; CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTHCARE OF NEW JERSEY, INC; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; JOHN DOES AND JANE DOES 1-20; XYZ CORPORATIONS; and ABC PARTNERSHIPS 1-20,<br><br>Defendants. | Civil Action No.<br>2:20-cv-10627-KM-ESK<br><br>The Hon. Kevin McNulty, U.S.D.J.<br>The Hon. Edward S. Kiel, U.S.M.J.<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties' in the above-captioned action that (1) the return date on the defendants' pending motion to dismiss [ECF No. 46] be adjourned to **April 19, 2021**; and that (2) the plaintiff's opposition to said motion be filed on or before **April 2, 2021**.

| | |
|---|---|
| **SARMASTI PLLC** | **ALSTON & BIRD LLP** |
| */s/ Christopher Salloum*<br>Christopher Salloum<br>Vafa Sarmasti<br>Fairfield Commons | */s/ Steven L. Penaro*<br>Steven L. Penaro<br>90 Park Avenue<br>New York, NY 10016 |

271 U.S. Highway 46 West, Suite A205  
Fairfield, NJ 07004  
Telephone: 973-882-6666  
Facsimile: 973-882-8830  
vafa@sarmastipllc.com  
chris@sarmastipllc.com  
*Counsel for Plaintiff*

Telephone: (212) 210-9400  
Facsimile: (212) 210-9444  
steven.penaro@alston.com

Edward T. Kang (admitted *pro hac vice*)  
950 F Street, NW  
Washington, D.C. 20004  
Telephone: 202-239-3300  
Facsimile: 202-239-3333  
edward.kang@alston.com

Kelsey L. Kingsbery (admitted *pro hac vice*)  
555 Fayetteville Street, Suite 600  
Raleigh, NC 27601  
Telephone: (919) 862-2200  
Facsimile: (919) 862-2260  
kelsey.kingsbery@alston.com

*Counsel for Defendants*

_____  
SO ORDERED: